Opinion issued June 26, 2008










In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-08-00054-CV

____________


IN RE TAM PAMELA TRAN, Relator






Original Proceeding on Petition for Writ of Habeas Corpus






MEMORANDUM OPINION Relator, Tam Pamela Tran, and real party in interest, Niegel Prior, have filed
a joint motion to dismiss Tran's petition for habeas corpus relief because the parties
have reached a settlement. (1)

 In accordance with that agreement, it is ORDERED that relator, Tam Pamela
Tran's, petition for habeas corpus relief is dismissed, that the bond posted by relator
is ORDERED REFUNDED and RETURNED to her, that relator is hereby
DISCHARGED from her commitment or incarceration, that relator shall NOT be
remanded to the custody of the Sheriff, but shall be RELEASED from any further
commitment or incarceration, and that the underlying commitment orders shall be
deemed FULLY SATISFIED and to be of no further effect.

PER CURIAM

Panel consists of Justices Nuchia, Alcala, and Hanks.
1. -